**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK　　　　　　　　　　　　　　　　　　**DATE:** December 18, 2018
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**　　　　　　　　　　　　　　　　　　**DOCKET # 16-cr-570**
UNITED STATES OF AMERICA

　　　　vs.

MARQUESE A. JONES

　　**DEFT. PRESENT**

**APPEARANCES:**
OLAJIDE ARAROMI , AUSA for Government
CHESTER KELLER, AFPD for Defendant
ELISA MARTINEZ, Probation Officer in for Kevin Egli

**Nature of Proceedings**: INITIAL ON VIOLATION
Defendant present.
Chester Keller appointed as Public Defender for Defendant
Defendant Remanded to the custody of the United States Marshals.
Final Hearing on Violation scheduled for 1/28/19 at 10:00 am

**Time Commenced: 3:00 PM**
**Time Adjourned:   3:30PM**

　　　　　　　　　　　　　　　　　　　　　　Christine Melillo, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　to the Honorable Katharine S. Hayden, U.S.D.J